IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **COREY KING** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CV 08-PT-1357-E |
| | ) | |
| **BARRON TRADING GROUP, INC.,** | ) | |
| **GLOBAL ASSET MANAGEMENT, INC.** | ) | |
| **PETER LYNN, RICK LUTZ** | ) | |
| **MONTY MYLER, LISA MYLER** | ) | |
| **MARK MODIST and MR. SACHERO** | ) | |
| | ) | |
| **Defendants** | ) | |

## DISMISSAL ORDER

This cause comes before the court on the Stipulation of Dismissal of Global Asset Management, Inc. and Mark Modist With Prejudice filed by the plaintiff and defendants Global Asset Management, Inc. and Mark Modist on October 29, 2008.   This action is **DISMISSED, WITH PREJUDICE**, as to all claim(s) asserted by plaintiff against defendants Global Asset Management, Inc. and Mark Modist.   All claim(s) against remaining defendants shall remain in effect.

**DONE** and **ORDERED** this the 31st day of October, 2008.

*/s/ Robert B. Propst*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**